Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:   (626) 765-3030
Email: mterhar@cunninghamswaim.com
jhembree@cunninghamswaim.com

Attorneys for Defendants,
WERNER CO. (erroneously sued and served as
"WERNER CO. d/b/a NEW WERNER CO."); and
HOME DEPOT, U.S.A., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HOLM,<br><br>    Plaintiff,<br><br>vs.<br><br>WERNER CO. d/b/a NEW WERNER CO., HOME DEPOT U.S.A., INC., and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:22-CV-00072-KJM-KJN<br><br>**ORDER RE JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>Assigned To: Hon. Chief District Judge Kimberly J. Mueller |

## ORDER

The Court has read and considered the "JOINT STIPULATED PROTECTIVE ORDER" filed at ECF No. 15 and PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE